IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00038-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN ALLEN AMIOT,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce STEVEN ALLEN AMIOT, D.O.B. 1983, DOC Number 143042, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this __3rd__ day of __October__, 2008.

                                          s/Lewis T. Babcock
                                          UNITED STATES JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO